UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS EDWARDS,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>J. RIVELLO, *et al.*,<br><br>　　　　　Defendants. | CIVIL ACTION NO. 1:23-cv-00156<br><br>(MEHALCHICK, J.) |

## **ORDER**

AND NOW, this 11th day of July, 2024, upon consideration of Plaintiff's objections (Doc. 69) to the Court's May 20, 2024 Memorandum and Order (Doc. 65; Doc. 66), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that Plaintiff's objections (Doc. 69) are CONSTRUED as a motion for reconsideration and the motion (Doc. 69) is DENIED as so construed.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States District Judge**